| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> versus § <br> § <br> BRENDAN W. COUGHLIN (1) § <br> HENRY D. HARRISON (2) § <br> W. MARK MILLER (3) § | CRIMINAL ACTION NO. 4:12-CR-166 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 4, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendation that the Defendants' Joint Motion to Dismiss the Indictment or, in the Alternative, to Strike Allegations (Dkt. #46) should be denied.

The Court, having made a *de novo* review of Defendants' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that the Defendants' Joint Motion to Dismiss the Indictment or, in the Alternative, to Strike Allegations (Dkt. #46) is **DENIED.**

SIGNED at Beaumont, Texas, this 10th day of April, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE